**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00604-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JOHNN A. VIDMAR,

    Plaintiff,

v.

CORRECTIONS OFFICER FOR DEPARTMENT OF CORRECTIONS, and
C.O. PION YAK, FCF, Fremont Counties,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On March 14, 2016, Plaintiff John A. Vidmar submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 1, to the Court.   To the extent that Plaintiff intends to proceed with an action in this Court at this time the instant action has been opened.   Nonetheless, as part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___     is not submitted
(2) ___     is missing affidavit
(3) _X_     is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) ___     is missing certificate showing current balance in prison account
(5) ___     is missing required financial information
(6) ___     is missing authorization to calculate and disburse filing fee payments
(7) ___     is missing an original signature by the prisoner
(8) ___     is not on proper form
(9) ___     names in caption do not match names in caption of complaint, petition or habeas application
(10) ___     other:

**Complaint, Petition or Application**:
(11) _X_     is not submitted
(12) ___     is not on proper form
(13) ___     is missing an original signature by the prisoner
(14) ___     is missing page nos. ___
(15) ___     uses et al. instead of listing all parties in caption
(16) ___     names in caption do not match names in text
(17) ___     addresses must be provided for all defendants/respondents in "Section A. parties" of complaint, petition or habeas application
(18) ___     other:

Accordingly, it is

      ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

      FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved form used in filing a prisoner complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use a proper Court-approved form when curing the deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 15, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge